**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
One North Lexington Avenue
White Plains, New York 10601
914.681.9500
Mitchell J. Baker (MB-4339)

07 CIV. 3324 (SCR)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
LINDA DiMEGLIO,                                :

                Plaintiff,           :

      -against-                              :           **AFFIDAVIT OF SERVICE**

VILLAGE OF BRIARCLIFF MANOR,     :

                Defendant.          :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

I, MITCHELL J. BAKER, duly sworn, deposes and says:

1. I am over eighteen (18) years of age and am not a party to this action;

2. I am employed One North Lexington Avenue, White Plains, New York 10601;

3. On April 26, 2007, at approximately 2:40 p.m., I served a true copy of the Summons, Complaint and Civil Cover Sheet in this matter upon the office of the Village Clerk of the Village of Briarcliff Manor located at 111 Pleasantville Road, Briarcliff Manor, New York. The documents were personally handed to the clerk who identified herself as Christine.

                                              _____
                                              MITCHELL J. BAKER

Sworn to before me this
27th day of April, 2007

_____
NOTARY PUBLIC

JOAN MARSHALL CRESAP, ESQ.
Notary Public, State of New York
No. 02CR4965905
Qualified in Westchester County
My Commission Expires April 30, 2010

1