**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*Attorneys for Plaintiff*
**One North Lexington Avenue**
**White Plains, New York 10601**
**914.681.9500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

| | | |
|---|---|---|
| LINDA DiMEGLIO, | : | |
| Plaintiff, | : | 07 Civ. 3324 (SCR) |
| -against- | : | **PLAINTIFF'S RULE 26** <br> **INITIAL DISCLOSURE** |
| VILLAGE OF BRIARCLIFF MANOR, | : | |
| Defendant. | : | |

------------------------------x

Plaintiff Linda DiMeglio, by her attorneys Baker, Leshko, Saline & Blosser, LLP, for its Initial Disclosure pursuant to FRCP 26, hereby states as follows:

**I.    FRCP 26 (a)(1)(A):** The names and addresses of individuals likely to have discoverable information are as follows:

    1.    Linda DiMeglio,

    2.    Dennis Waldron, c/o Village of Briarcliff Manor Police Department, 1111 Pleasantville Road, Briarcliff Manor, New York 10510. Mr. Waldron has knowledge regarding the manner in which he was treated by the

Village of Briarcliff Manor in connection with his request for General Municipal Law §207-c benefits.

3. Norman Campion, c/o Village of Briarcliff Manor Police Department, 1111 Pleasantville Road, Briarcliff Manor, New York 10510. Mr. Campion has knowledge regarding the manner in which Mr. Waldron and Ms. DiMeglio were treated by the Village of Briarcliff Manor in connection with their respective requests for General Municipal Law §207-c benefits.

4. Michael S. Blau, c/o Village of Briarcliff Manor, 1111 Pleasantville Road, Briarcliff Manor, New York 10510. Mr. Blau has knowledge regarding the manner in which Mr. Waldron and Ms. DiMeglio were treated by the Village of Briarcliff Manor in connection with their respective requests for General Municipal Law §207-c benefits.

5. Certain employees, agents and/or servants of defendant, whose identities are unknown to the plaintiff at the present time.

**II.   FRCP 26 (a)(1)(B):** Plaintiff presently is not in custody and/or control of any documents in connection with this matter except those annexed hereto and Numbered 0001-0110, and annexed hereto as Exhibit "A".

**III.   FRCP 26 (a)(1)(C):** Plaintiff will make claim for past, present and future pain and suffering, mental anguish, damages for violation of his statutory and

Constitutional rights, past, present and future wages and benefits, punitive damages and attorneys' fees and disbursements.

**IV.    FRCP 26(a)(1)D):**  Not applicable.

**V.    FRCP 26 (a)(2)(A):**  Plaintiff has not retained any experts at the present time, and he will disclose any such information at the time such expert(s), if any, is retained and in accordance with the FRCP.

Dated: White Plains, New York
      June 12, 2007

                              **BAKER LESHKO SALINE & BLOSSER LLP**
                              *Attorneys for Plaintiff*

                              By: _____
                                Mitchell J. Baker (MB-4339)
                              **One North Lexington Avenue**
                              **White Plains, New York 10601**
                              914.681.9500

To:    Rutherford & Christie, LLP
        300 East 42nd Street, 18th Floor
        New York, New York 10017-5947
        Attn.: Daniel L. Adams, Esq.

**See documents Numbered 0001-0110.**