UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LINDA DIMEGLIO, | |
| Plaintiff, | 07 Civ. 3324 (SCR) |
| v. | ORDER |
| VILLAGE OF BRIARCLIFF, | |
| Defendant. | |

**STEPHEN C. ROBINSON, District Judge:**

  Following initiation of this action, defendant wrote to the Court on May 16, 2007 indicating its desire to file a motion to dismiss the complaint pursuant to Rule 12(b). By order dated May 17, 2007, the Court granted leave to defendant to file a motion to dismiss without the required pre-motion conference, and ordered that the parties submit a proposed briefing schedule. No proposed briefing schedule was submitted and defendant failed to appear at a scheduled initial conference on July 20, 2007. Accordingly it is hereby ORDERED,

  That counsel for defendant shall notice an appearance in this matter no later than August 3, 2007. Defendant shall answer or move to dismiss the complaint no later than August 3, 2007. If defendant moves to dismiss the complaint, Plaintiff shall file any opposition no later than August 17, 2007. Defendants shall file any reply papers by August 24, 2007.

  *It is so ordered.*

White Plains, New York
Dated: _____July 20_____, 2007

                     *Stephen C. Robinson* (signature)
                     Stephen C. Robinson
                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

1