UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X   ECF CASE
LINDA DiMEGLIO,

                       07 Civ. 3324 (SCR)

               Plaintiff,

                       **APPEARANCE**

    -against-

THE VILLAGE OF BRIARCLIFF MANOR,

              Defendant.
------------------------------------------------------------------X

To the Clerk of this Court and all parties of records:

    Enter my appearance as counsel in this case for THE VILLAGE OF BRIARCLIFF MANOR.

    I certify that I am admitted to practice in this court.

Dated: New York, New York
       August 16, 2007

                                    Respectfully submitted,

                                    **RUTHERFORD & CHRISTIE, LLP**

                                    By: _____
                                        John S. Diaconis, Esq. (Bar No.: JD 4772)
                                        Attorneys for Defendant
                                        VILLAGE OF BRIARCLIFF MANOR
                                        300 East 42nd Street, 18th Floor
                                        New York, New York 10017
                                        (212) 599-5799

To:   BAKER, LESHKO, SALINE & BLOSSER, LLP
       Attorneys for Plaintiff
       One North Lexington Avenue
       White Plains, NY 10601
       (914) 681-9500
       Attn: Mitchell J. Baker (MB-4339)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of **APPEARANCE** were served regular mail to, BAKER, LESHKO, SALINE & BLOSSER, LLP, One North Lexington Avenue, White Plains, NY 10601 on the 16th of August, 2007.

**RUTHERFORD & CHRISTIE, LLP**

By: _____
John S. Diaconis, Esq. (Bar No.: JD 4772)