# RUTHERFORD & CHRISTIE, LLP

NEW YORK    ATLANTA

August 16, 2007

*Via Facsimile (914) 390-4179*

Hon. Stephen C. Robinson  
United States Judge  
United States District Court  
300 Quarropas St., Room 633  
White Plains, NY 10601

**MEMO ENDORSED**

    Re:    Linda DiMeglio v. Village of Briarcliff Manor  
            Docket No. : 07 Civ. 3324 (SCR)  
            Our File No. : 5001.122

Dear Judge Robinson:

    We represent the defendant, Village of Briarcliff Manor, in the above-captioned matter. As discussed with your Law Clerk, we have received plaintiff's motion for a default dated August 8, 2007 and post marked August 13, 2007. The plaintiff's motion was returnable yesterday, August 15, 2007.

    As we did not receive this motion prior to the scheduled return date and time, we respectfully request an extension of less than one week, until August 22, 2007, to move to dismiss the plaintiff's Complaint. The Court previously granted our request to move to dismiss on several grounds. We have recently learned that plaintiff's Article 78 petition has been decided in favor of the Village, and this will provide additional grounds for the proposed motion.

    We apologize to everyone concerned for not previously filing the motion to dismiss. As we had not yet appeared in the case, we did not receive any of the ECF filings, including the Order setting forth the briefing schedule. We will file a Notice of Appearance via ECF today.

    We thank the Court for its attention to this matter.

Respectfully yours,

RUTHERFORD & CHRISTIE, LLP

John S. Diaconis (JD 4772)

JSD/abc



USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED:

---

300 EAST 42ND STREET  
NEW YORK, NEW YORK 10017-5947  
(212) 599-5799  
FACSIMILE (212) 599-5162

cc: *Via facsimile and regular mail: (914) 681.9505*
BAKER, LESHKO, SALINE & BLOSSER, LLP
Attorneys for Plaintiff
One North Lexington Avenue
White Plains, NY 10601
(914) 681-9500
Attn: Mitchell J. Baker (MB-4339)

> The parties shall appear before the Court For an initial Conference on Sept 7, 2007 @ 10:00am. Defendant's time to respond to the Complaint is stayed from today's date through the initial Conference.

**APPLICATION GRANTED**

*Stephen C. Robinson*
HON. STEPHEN C. ROBINSION
8/16/07

RUTHERFORD & CHRISTIE, LLP