**BAKER, LESHKO, SALINE & BLOSSER, LLP**
*ATTORNEYS FOR PLAINTIFF*
ONE NORTH LEXINGTON AVENUE
WHITE PLAINS, NEW YORK
**914.681.9500**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------x

LINDA DiMEGLIO,                                          :

                  Plaintiff,                    :         07 Civ. 3324 (SCR)

        -against-                               :         **AFFIDAVIT**

VILLAGE OF BRIARCLIFF MANOR,           :

                Defendant.                    :

---------------------------------------------------------x

STATE OF NEW YORK      )
                        ) ss.:
COUNTY OF WESTCHESTER )

    MITCHELL J. BAKER, being duly sworn, deposes and says:

    1.    I am counsel to Linda DiMeglio, the within plaintiff. I submit this affidavit in opposition to defendant's motion to dismiss the complaint pursuant to FRCP 12(b)(6).

    2.    In connection therewith I annex as Exhibit "A" the original complaint this matter and Exhibit "B" as the proposed amended complaint.

Annexed hereto as Exhibit "C" is the copy of the Petition in the Article 78 Proceeding between Ms. DiMeglio and the Village of Briarcliff Manor now pending before the Honorable Lester B. Adler, Justice of the Supreme Court of the State of New York, County of Westchester.

3.    As set forth in the accompanying memorandum of law, the amended complaint simply clarifies the authority under which Ms. DiMeglio seeks attorneys' fees in this Title VII action and should obviate the motion to dismiss as to this specific issue.

_____
MITCHELL J. BAKER

Sworn to before me this
21ˢᵗ day of September, 2007

_____
Notary Public

MARIANNE J. SEPI
Notary Public, State of New York
No. 01SE6302410
Qualified in Weschester County
Commission Expires October 31, 20 1()