UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
LINDA DiMEGLIO,

        Plaintiff,                                            07 CIV 3324 (SCR)

    -against-                                    **NOTICE OF CHANGE**
                                                        **OF ADDRESS**

VILLAGE OF BRIARCLIFF MANOR,

        Defendant.
----------------------------------------------------------x

**PLEASE TAKE NOTICE**, that **RUTHERFORD & CHRISTIE, LLP**, attorneys for defendant, Village of Briarcliff Manor (hereinafter the "Village" or the "defendant"), in the above captioned action, has moved its New York City office to 369 Lexington Avenue, 8th Floor, New York, New York 10017. Service of papers in the within action is to be made upon **RUTHERFORD & CHRISTIE, LLP,** at its new address.

Dated: New York, New York
       December 6, 2007

                                                      RUTHERFORD & CHRISTIE, LLP

                                                      By: _____
                                                         Daniel L. Adams (DA 6891)
                                                          Lewis R. Silverman (LS 9723)
                                                          Attorneys for Defendant
                                                          VILLAGE OF BRIARCLIFF MANOR
                                                          369 Lexington Avenue, 8th Floor
                                                          New York, New York 10017
                                                          (212) 599-5799

TO:    BAKER, LESHKO, SALINE & BLOSSER, LLP
           Attorneys for Plaintiff
           One North Lexington Avenue
           White Plains, NY 10601
           (914) 681-9500
           Attn: Mitchell J. Baker (MB-4339)

## AFFIDAVIT OF SERVICE VIA MAIL

STATE OF NEW YORK      }
                                            ss.:
COUNTY OF NEW YORK  }

**Chloe Garcia**, being duly sworn, deposes and says:

Deponent is not a party to the within action, is over 18 years of age and resides in Queens County, New York.

That on the day of 6th day of December, 2007, deponent served the within **Notice of Change of Address,** upon:

BAKER, LESHKO, SALINE & BLOSSER, LLP
Attorneys for Plaintiff
One North Lexington Avenue
White Plains, NY 10601
(914) 681-9500
Attn: Mitchell J. Baker (MB-4339)

in this action, at the address(es) designated by said attorney(s) for that purpose by depositing a true copy of same enclosed in a post-paid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

_____
Chloe Garcia

Sworn to before me on this
6th day of December, 2007
_____
NOTARY PUBLIC

DANIEL L. ADAMS
Notary Public, State of New York
Registration #02AD6047029
Qualified in Nassau County
Commission Expires Jan. 10, 20__